Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

*ORIGINAL*

| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address* | |
|---|---|
| A cellular telephone imprinted with the logo for Blu Smartphones, gray in color with a cracked screen, that is in the possession of the FBI, currently stored at the FBI Phoenix Office, 21711 N. 7th Street, Phoenix, AZ 85204. | Case No.   26-9049 MB |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of   __Arizona__        .
(identify the person or describe the property to be searched and give its location):

### As further described in Attachment A.

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

### As described in Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before      __3/24/2026__                              .
                                                                                                   *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (*check the appropriate box*)      ☐ for 30 days (*not to exceed 30*)
                                                                            ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   __3/10/2026@3:15pm__                    _____*EWillett*_____

                                                                                                      *Judge's signature*

City and State: __Phoenix, Arizona__                              ____Honorable Eileen S. Willett, U.S. Magistrate Judge____
                                                                                                  *Printed name and title*

## ATTACHMENT A

## LOCATION TO BE SEARCHED

This warrant applies to a cellular telephone imprinted with the logo for Blu Smartphones, gray in color with a cracked screen, that is in the possession of the FBI, currently stored at the FBI Phoenix Office, 21711 N. 7th Street, Phoenix, AZ 85204. The device, pictured below, was recovered on the ground between V.E.J. and the residential structure at the location where he was shot during a consent search of the property. The item was seized by the Salt River Police Department and subsequently taken into custody by the FBI.

 

## ATTACHMENT B

### ITEMS TO BE SEIZED

All information that constitutes evidence, fruits, contraband, and instrumentalities of violations of 18 U.S.C. § 1153 & 1111, Murder, as described in the Affidavit.

1. Telephone numbers of incoming/outgoing calls stored in the call registry;

2. Telephone numbers and corresponding names to those numbers stored in the cellular telephone's address book;

3. Any incoming/outgoing text messages;

4. Location information;

5. Telephone subscriber information;

6. Any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular telephone or SIM Card, including but not limited to e-mail, voicemail, and photos;

7. Media stored on the cellular device; and,

8. Information about installed applications, access logs, and content for those applications that is stored on the physical device.

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>26-9049 | Date and time warrant executed:<br>03/12/2026 08:27 AM | Copy of warrant and inventory left with:<br>Maintained with physical device |

| Inventory made in the presence of :<br>SA Drace |
|---|

| Inventory of the property taken and name of any person(s) seized: |
|---|

1) A full extraction was attempted but was unable to be completed for the device.

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____03/23/2026_____

_____
*Executing officer's signature*

Dustin Drace, Special Agent
_____
*Printed name and title*